UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA D. WEXLER,<br>*Plaintiff*,<br>v.<br>UNITED STATES OF AMERICA,<br>*Defendant*. | Case No.<br>**JOSHUA D. WEXLER'S NOTICE OF MOTION AND MOTION FOR THE PRODUCTION OF SEARCH WARRANT(S) AND RELATED MATERIALS AND FOR RETURN OF PROPERTY** |

PLEASE TAKE NOTICE that aggrieved party Joshua D. Wexler, by and through his undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Criminal Procedure 41 and the Fourth Amendment of the United States Constitution for the production of the search warrants, supporting affidavits, and inventory regarding the March 31, 2026, search of his residence and seizure of his personal property, including at least three mobile telephones and one laptop computer. Absent the production of a valid search warrant authorizing the March 31, 2026, seizure of Mr. Wexler's property, he moves for the immediate return of his property and any and all evidence and materials derived from any searches of it, an inventory disclosing any and all uses and disclosures of his property and evidence derived from it, and directing the

/

/

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

/

/

Government to destroy all copies and evidence derived from its unlawful seizure.

Dated this 15th day of May 2026.

Respectfully submitted,

*/s/ Ethan A. Balogh*
ETHAN A. BALOGH (*Pro hac vice* pending)
Balogh & Co., APC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 391-0441
eab@balcolaw.com

*/s/ Priya Chaudhry*
PRIYA CHAUDHRY
ChaudhryLaw PLLC
147 West 25th Street, 12th Floor
New York, NY 10001
(212) 785-5550
priya@chaudhrylaw.com

*Attorneys for Plaintiff*
*JOSHUA D. WEXLER*