UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA D. WEXLER,

                Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  5/27/2026 |

26 Misc. 228 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has received Plaintiff Joshua D. Wexler's motion for production of search warrants and return of seized property.  *See* ECF No. 9.  By **June 17, 2026**, the Government shall respond.  By **May 28, 2026**, Plaintiff shall serve this order upon the United States Attorney's Office for the Southern District of New York.

      SO ORDERED.

Dated: May 27, 2026
       New York, New York

                              _____
                                ANALISA TORRES
                        United States District Judge