# EXHIBIT 2

# ORLEANS PARISH CRIMINAL DISTRICT COURT
# PARISH OF ORLEANS
# STATE OF LOUISIANA

**CASE NUMBER:**
**K-20706-23**

**WARRANT NUMBER:**
**K-20706-23**

## SEARCH WARRANT

TO LAW ENFORCEMENT OFFICERS in and for the Parish aforesaid:

WHEREAS an affidavit has been made to me under oath by Jessica Williams, Investigator for New Orleans Police Department, affiant, for a Search Warrant, and I am satisfied that probable cause exists and that evidence of the crime of
1 Count of 14:81--INDECENT BEHAVIOR WITH JUVENILES-- (Felony)
may be found, to wit:

**THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF LOUISIANA**, I order and command that you search during the day and night, Sundays and Holidays, continuing through the night or next day, the following described item:
The devices are as follows:

- LI 001: Google Pixel 10 Pro, IMEI 357189133005686
- LI 002: moto g 5G (2024), IMEI 356125202059783
- LI 003: moto g 5G (2022), IMEI 351394591574068
- LI 004: CHUWI notebook, S/N RQ64G45170901594
- LI 005: YOGA 9 laptop, S/N PF1SPEEM

Which is/was used by, owned by or accessed by: Joshua Wexler (White, Male/Date of Birth [redacted])

Affiant requests the issuance of a search warrant and to seize and examine electronic data including, but not limited to:

1. Photographs, videotapes, compact disks, floppy disks, flash memory, memory sticks, digital camera(s), digital storage media of any kind and films.

2. The following items used on the above named premises in support of the crime aforesaid:

(a) Any and all electronic devices that are capable of analyzing, creating, displaying, converting, or transmitting electronic or magnetic computer impulses or data that are used by, owned by or accessed by Joshua Wexler (White, Male/Date of Birth [redacted]). These devices include, but are not limited to, computers (including self-contained "laptop" or "notebook" computers), computer components, computer peripherals, word processing equipment, modems, monitors, printers, keyboards, acoustic couplers, cables, plotters, encryption circuit boards, optical scanners, external hard drives, and other computer-related electronic or physical devices that serve to transmit or receive information to or from a computer.

(b) Any and all information and/or data stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer or with the aid of computer-related equipment. This media includes, but is not limited to, floppy diskettes, fixed hard disks, removable hard disk cartridges, zip disks,

compact disk (CD) storage devices, tapes, laser disks, videocassettes, and any other media that is capable of storing magnetic coding.

(c) Any and all instructions or programs stored in the form of electronic or magnetic media that are capable of being interpreted by a computer or related components. The items to be seized include, but are not limited to, operating systems, application software (like word processing, graphics, or spreadsheet programs), utility programs, compilers, interpreters, communications programs, and any other programs or software used to communicate with computer hardware or peripherals either directly or indirectly via telephone lines, radio, or other means of transmission.

(d) Any documentation that proves ownership or maintenance of control of electronic or computer-related equipment, programs, data, or other information relating to same, including correspondence, invoices, computer printouts, and similar items.

(e) Memory telephones, automatic dialing devices, telephone answering machines, or any other electronic device used for the electronic storage of names, addresses and phone numbers.

(f) Any and all written or printed material that provides instructions or examples concerning the operation of a computer system, computer software, and/or any related device. Paper, documents or any other readable material, whether generated by handwriting, typewriter, computer, or any other device, which relates in any way to communications with any juveniles;

are secreted or concealed, and whereas the affidavit submitted in support of the request for this search warrant indicates that the affiant has shown probable cause for its issuance,

**YOU ARE HEREBY ORDERED** to search the aforesaid location**,** where evidence of the aforementioned crime(s), and when the thing to be searched is a dwelling or other structure, this writ includes all other structures, vehicles and places on the premises where the things may be found, and if the things specified be found there, to seize and bring them before this Court.

**YOU ARE FURTHER ORDERED** to be searched under the conditions and according to the protocols established by the agency for such computer forensic examination, including consultation with other Law Enforcement Agencies qualified to conduct such examinations, and if the things specified be found during said computer forensic examination, to bring them before this Court,

**AND THAT** the Affiant advises the court; that dependent upon scheduling and technical issues, the examination of the aforementioned electronic data may be extended beyond the 10 day limitation typically placed upon execution of a search warrant and that electronic data exceeding the scope of the items to be searched for will be “imaged” and may be viewed during the technical search for the item(s) enumerated above.

This shall be your warrant to which you are to make due return according to law.

WITNESS my official signature, 05 day of May, 2026 at 02:51 PM in ORLEANS Parish, Louisiana.

Judge Juana Marine Lombard
ORLEANS PARISH CRIMINAL
DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA