UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA D. WEXLER,

                Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  6/22/2026 |

26 Misc. 228 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the Government's response to Plaintiff Joshua Wexler's motion.  *See* ECF No. 27.  By **July 6, 2026**, Plaintiff may file a reply.

    SO ORDERED.

Dated:  June 22, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge