**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 19, 2026

**By ECF:**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re: *Wexler v. United States*, No. 26-mc-00228 (AT)**

Dear Judge Torres:

The Government respectfully submits this letter in response to the Court's October 5, 2026 order directing the Government to file a letter attaching any warrants, warrant affidavits, or inventories associated with the March 31, 2026 seizure of Joshua Wexler's devices in connection with his arrest on warrants obtained by the Orleans Parish District Attorney's Office ("Orleans DA's Office"), or otherwise acknowledging that those documents do not exist. (Dkt. No. 33).[1]

This Office is not aware of any warrants authorized by a U.S. District or Magistrate Court in the Southern District of New York in connection with the March 31, 2026 seizure.

The Government understands from the Orleans DA's Office—which is prosecuting Wexler[2]—that the Orleans Parish Criminal District Court in Louisiana authorized four arrest warrants and a May 5, 2026 search warrant in connection with March 31 arrest and seizure. Those warrants, affidavits, and accompanying inventories are now filed on the docket. (Dkt Nos. 10-4, 27-2, 32-1 and Exhibit 1 (custody receipt)). On October 14, the Orleans DA's Office

[1] This Court denied with prejudice Wexler's request that the Court order the Government to provide Wexler with all materials derived from searches of the devices and an inventory of all uses and disclosures of the devices and evidence derived therefrom.

[2] The Orleans DA's Office communicated that on August 20, 2026, a grand jury in Orleans Parish Criminal District Court returned an indictment against Wexler, and the case was assigned to Judge Robin Pittman. *See State of Louisiana v. Joshua Wexler*, Docket No. 702-397.

communicated to the Government that the devices are being held in storage at NOPD's Central Evidence and Property unit.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: /s/______________________________
Paulena B. Prager
Assistant United States Attorney
(212) 637-2473