USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA D. WEXLER,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

26 Misc. 228 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 5, 2026, the Court ordered the Government to file a letter attaching "any and all warrants, warrant affidavits, or inventories associated with the March 31, 2026 seizure" of three mobile phones and two laptop computers (the "Devices") from Plaintiff's residence, or, alternatively, to "acknowledg[e] that these documents do not exist." ECF No. 33 at 10. The Court's order notified the Government that, "[i]f the Government acknowledges that these documents do not exist or fails to file a letter by" October 19, 2026, the Court would require the return of the Devices. *Id.* The Government has informed the Court that it "is not aware of any warrants authorized by a U.S. District or Magistrate Court in the Southern District of New York in connection with the March 31, 2026 seizure." ECF No. 34 at 1. The Government notes the existence of the May 5, 2026 search warrant authorized by the Orleans Parish Criminal District Court in Louisiana, but this search warrant postdates the challenged seizure. *See id.*

Accordingly, by **October 28, 2026**, the Government must return to Plaintiff the Devices and all copies of the Devices, their data, and their content. By **11:59 p.m.** on **October 28, 2026**, the Government shall certify its compliance with this Order.

The Court further orders Plaintiff not to destroy, dispose of, or transfer ownership of the Devices, or delete or otherwise destroy or render inaccessible the Devices' contents and data. *See* Fed. R. Crim. P. 41(g) (authorizing courts to "impose reasonable conditions to protect access to the property and its use in later proceedings.").

SO ORDERED.

Dated: October 20, 2026
New York, New York

ANALISA TORRES
United States District Judge