USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA D. WEXLER,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

26 Misc. 228 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the Government's November 16, 2026 letter stating that (1) HSI has provided the "full set of forensic images of [the devices seized from Plaintiff] on its system" to Plaintiff's counsel and (2) "HSI is prepared to purge" the forensic images, but Plaintiff's counsel requests that HSI refrain from doing so. ECF No. 43.

By **December 1, 2026**, Plaintiff's counsel shall move to modify or stay the Court's orders requiring HSI to destroy data retained from Plaintiff's seized devices. *See* ECF Nos. 35, 38. The Court's order that the Government certify compliance is STAYED pending resolution of the dispute regarding data destruction.

SO ORDERED.

Dated: November 17, 2026
New York, New York

ANALISA TORRES
United States District Judge