USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA D. WEXLER,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

26 Misc. 228 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By email dated November 25, 2026, the parties jointly advised the Court that ECF Nos. 45 and 45-1 were filed without redactions in error. Accordingly, the Clerk of Court is respectfully directed to strike ECF Nos. 45 and 45-1 from the docket. By **December 4, 2026**, Plaintiff shall re-file his letter motion and exhibit and, if necessary, shall move to seal any portion of the filings.

SO ORDERED.

Dated: November 25, 2026
New York, New York

ANALISA TORRES
United States District Judge